UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA    )
    )
    )    No.3:05-CR-128
V.    )    (PHILLIPS/GUYTON)
    )
    )
JASON FOSTER    )
JESSICA JAMES

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The above-named defendants appeared  in custody before the undersigned for a
scheduled detention hearing on November 22, 2005.   Special Assistant United States Attorney
Brownlow Marsh was present representing the government.   Kimberly A. Parton appeared as CJA
appointed counsel  for defendant Jason Foster and Kelly S. Johnson appeared as CJA appointed
counsel for defendant Jessica James.   The defendants moved for a continuance of the detention
hearing.     The government agreed to a continuance and the parties agreed to continue   the
detention hearing to  **Monday, November 28, 2005,  at 1:30 p.m.**   The defendants shall be held
in custody by the United States Marshal until November 28, 2005,  and produced for the above
scheduled hearing.

ENTER:

s/ H. Bruce Guyton
UNITED STATES MAGISTRATE JUDGE