UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:05-CR-128 |
| ) | (Phillips) |
| JESSICA JAMES ) | |

## ORDER

This matter is before the court on defendant's *pro se* motion for a downward departure [Doc. 186]. While the court commends defendant for her rehabilitative efforts, the court is without authority to grant her a downward departure. Accordingly, defendant's motion is **DENIED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge